UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Rome
SEP 19 2013
JAMES N. HATTEN, Clerk
          Deputy Clerk

BETTY JEAN BOYKINS,

    Debtor,

BANK OF AMERICA CORPORATION,

    Appellant,

v.

BETTY JEAN BOYKINS

    Appellee.

CIVIL ACTION

NO. 1:13-CV-3050-RLV

O R D E R

The undersigned does hereby RECUSE himself from further consideration of this case.

SO ORDERED, this 19th day of September, 2013.

ROBERT L. VINING, JR.
Senior United States District Judge