UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Appellant, | CIVIL ACTION FILE |
| v. | NO. 1:13-cv-3050-SCJ |
| BETTY JEAN BOYKINS, | |
| Debtor/Appellee, | U.S. BANKRUPTCY COURT  Case No.13-60912-JRS |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge on Appellant's Motion for Order Affirming the Decision of Bankruptcy Court to facility a prompt appeal to the Eleventh Circuit, and the court having granted said motion, it is

**Ordered and Adjudged** that the United States Bankruptcy Court Order dated August 12, 2013 granting the Motion to Determine Secured Status of Claim of Junior Lien Holder is **affirmed**.

Dated at Atlanta, Georgia this 22nd day of October, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Amanda Querrard
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 22, 2013
James N. Hatten
Clerk of Court

By:s/Amanda Querrard
    Deputy Clerk