# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

October 24, 2013

John Ley, Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

       **U.S.D.C. No.:** 1:13-cv-3050-SCJ  
       **U.S.C.A. No.:** 00-00000-00  
       **In re:** *Bank of America, N.A. v. Betty Jean Boykins*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, docket sheet, Judgment and Order appealed enclosed.** |
|   | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
|   | The court reporter is . |
|   | There is sealed material as described below: . |
|   | Other: . |
| X | **Fee paid on 10/23/2013; Receipt Number 113E-4851125.** |
|   | Appellant has been  leave to file *in forma pauperis*. |
| X | **This is a bankruptcy appeal.  The Bankruptcy Judge is James R. Sacca.** |
|   | The Magistrate Judge is . |
| X | **The District Judge is Steve C. Jones.** |
|   | This is a **DEATH PENALTY** appeal. |

                                               Sincerely,

                                               James N. Hatten  
                                               District Court Executive  
                                               and Clerk of Court

                                          By:   /s/  Kimberly Carter  
                                                   Deputy Clerk

Enclosures